ACCEPTED
03-14-00812-CV
5155622
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 12:52:44 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00812-CV

IN THE COURT OF APPEALS
FOR THE
3rd JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 12:52:44 PM
JEFFREY D. KYLE
Clerk

BOBBIE WHITE,
Appellant,
VS.
JOSEFINO BENCOMO III,
Appellee

## APPELLEE'S SECOND UNOPPOSED MOTION TO EXEND TIME FOR FILING BRIEF

From the District Court, 26th Judicial District of Williamson County, Texas
Trial Court Cause No. 14-0374-C26; The Honorable Donna King, Judge

Respectfully submitted,

FRED E. WALKER, P.C.

/s/Fred E. Walker
Fred E. Walker
Texas Bar No. 20700400
609 Castle Ridge Road, Suite 220
Austin, TX 78746
Tel. (512) 330-9977
Fax. (512) 330-1686
Fred@FredWalkerLaw.com
Attorney for Defendant
Josefino Bencomo III
ATTORNEY FOR APPELLEE

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee, Josefino Bencomo III files this Unopposed Second Motion to Extend Time to File Appellee's Brief.

Appellee's opening brief is currently due on May 4, 2015.

Counsel for Appellee requests a one day extension of time to file its brief, making the brief due on May 5, 2015. This is the second request for extension of time to file the opening brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel incorrectly docketed the due date for the brief as being May 5 rather than May 4. Appellee's brief Is being filed contemporaneously with this motion.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant/Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant/Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including May 5, 2015.

Respectfully submitted,

FRED E. WALKER, P.C.

/s/Fred E. Walker
Fred E. Walker
Texas Bar No. 20700400
609 Castle Ridge Road, Suite 220
Austin, TX 78746
Tel. (512) 330-9977
Fax. (512) 330-1686
Fred@FredWalkerLaw.com
Attorney for Defendant
Josefino Bencomo III

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant regarding this motion and that Appellant is not opposed to this motion.

/s/Fred E. Walker
Fred E. Walker

## CERTIFICATE OF SERVICE

I certify that on May 5, 2015, I served a copy of this motion to Tony A. Pitts, Counsel for Appellant, by facsimile transmission to 512-244-4355 and by email to tapitts@taplawfrim.com.

/s/Fred E. Walker